**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: SUBPOENA TO NEXAR, INC. | Misc. Action No. 24-mc-249 |

*Underlying Action:*
**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Civil Action No. 3:23-MD-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | |

**<u>NOTICE OF MOTION & MOTION TO TRANSFER ENFORCEMENT OF SUBPOENA, OR IN THE ALTERNATIVE, MOTION TO COMPEL COMPLIANCE WITH SUBPOENA</u>**

Pursuant to Federal Rule of Civil Procedure 45(f), the Plaintiffs' Steering Committee ("PSC") for the multi-district litigation captioned *In re: Uber Techs., Inc. Passenger Sexual Assault Litig.*, No. 3:23-md-03084 (N.D. Cal.), moves to transfer enforcement of the subpoena issued to Nexar, Inc. ("Nexar") to the United States District Court for the Northern District of California.

In the alternative, the PSC respectfully moves this Court to compel Nexar to immediately and fully comply with the subpoena served upon it on April 22, 2024 by producing all requested documents.

This Motion is based on the accompanying memorandum of law and supporting declarations and exhibits.

-1-

Pursuant to Federal Rule of Civil Procedure 37(a)(1), the PSC hereby certifies that is has in good faith attempted to confer with Nexar, but has been unable to establish contact.

Dated: May 31, 2024　　　　　　　　　　　　　Respectfully submitted,

By: /s/ Roopal P. Luhana
　　　Roopal P. Luhana (NY Bar No. 4127841)

　　　**CHAFFIN LUHANA LLP**
　　　600 Third Avenue, 12th Floor
　　　New York, NY 10016
　　　Telephone: (888) 480-1123
　　　Facsimile: (888) 499-1123
　　　luhana@chaffinluhana.com

By: /s/ Sarah R. London
　　　Sarah R. London (*PHV* forthcoming if necessary)

　　　**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
　　　275 Battery Street, 29th Floor
　　　San Francisco, CA 94111-3339
　　　Telephone: (415) 956-1000
　　　Facsimile: (415) 956-1008
　　　slondon@lchb.com

By: /s/ Rachel B. Abrams
　　　Rachel B. Abrams (*PHV* forthcoming if necessary)

　　　**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
　　　555 Montgomery Street, Suite 820
　　　San Francisco, CA 94111
　　　Telephone: (415) 426-5641
　　　Facsimile: (415) 840-9435
　　　rabrams@peifferwolf.com

　　　*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Roopal Luhana, hereby certify that the foregoing document, its accompanying Memorandum of Law, and all other supporting documents, were electronically filed on the Court's CM/ECF system on this date, and that I served Uber's counsel in the underlying litigation via email to the following addresses:

ratkins@paulweiss.com; akeller@paulweiss.com; afischer@paulweiss.com;

cgrusauskas@paulweiss.com; jrubin@paulweiss.com; rluskey@paulweiss.com;

mpricewolf@paulweiss.com; ksmith@paulweiss.com; jphillips@paulweiss.com;

ebrandt@paulweiss.com; apolsky@paulweiss.com; mshortnacy@shb.com;

bhooper@shb.com; vgromada@shb.com.

I also certify that I caused the foregoing to be served on Nexar, Inc., via process server, at:

VCorp Agent Services, Inc.
Suite 204
25 Robert Pitt Drive
Monsey, NY 10952

I also certify that I served the forgoing on Nexar, Inc., via Federal Express, at:

27 E 28TH ST
8TH FLOOR WEWORK
NEW YORK, NY 10016

This the 31st day of May, 2024.

/s/ Roopal Luhana
Roopal Luhana

3008889.1